An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

JOHN ROBERT FARGO,
Appellant,
vs.
KERRI DUPRIS,
Respondent.

No. 62275

**FILED**

JUN 03 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

The parties have filed a stipulation seeking to dismiss this appeal. Having reviewed the stipulation, we approve it. As provided in the stipulation, each party shall bear their own costs and fees. NRAP 42(b). Accordingly, we hereby

ORDER this appeal DISMISSED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

By: _Marie K. Lmda_

cc: Hon. Ronald J. Israel, District Judge
William F. Buchanan, Settlement Judge
Christensen Law Offices, LLC
Dennett Winspear, LLP
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

13-16155